BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                          )<br>        Plaintiff,                              )<br>                                                          )<br>        v.                                            )<br>                                                          )<br>SHARON ANN WALKER,              )<br>                                                          )<br>        Defendant.                         )<br>                                                          )<br>_____ ) | No. CR-04-40017 SBA<br><br>STIPULATED REQUEST TO CONTINUE PROBATION VIOLATION STATUS HEARING DATE TO SEPTEMBER 15, 2009 AND ORDER<br><br>Hearing Date: July 7, 2009<br>Time:             9:00 a.m. |

The above-captioned matter is set on July 7, 2009 before this Court for a status hearing on a probation violation based on an allegation in a Probation Form 12A petition that Ms. Walker has failed to make complete monthly restitution payments. The parties jointly request that the Court continue the matter to September 15, 2009 at 9:00 a.m. for a status hearing to give Ms. Walker additional time make her restitution payments.

In 2004, Ms. Walker was convicted of theft of government property (18 U.S.C. § 641). On July 6, 2004, the Court sentenced Ms. Walker to home confinement with electronic monitoring, restitution in the amount of $45,308, community service and 48 months of probation. On May 2, 2008, Ms. Walker's supervision was modified to include a condition that she pay 10% of her net income by the fifth day of every month, and her probation term was

1 extended by one year so that she could make these payments.  According to Probation's Form
2 12A, Ms. Walker did not make complete payments in the last year, and she owes approximately
3 $1038.00 in arrears.  Ms. Walker's probation was set to expire on July 5, 2009, however, the
4 parties agree that, by operation of law, this term will not expire while the Form 12A petition is
5 pending.

6 The parties respectfully request that the Court set this matter over until September 15,
7 2009 to give Ms. Walker additional time to make complete restitution payments with hope that
8 this matter can be resolved without requiring judicial action from the Court.  Counsel for Ms.
9 Walker spoke with Probation Officer Nicole Fairchild, who informed counsel that she is in
10 agreement with this stipulated request to continue Ms. Walker's case to September 15, 2009 so
11 that she can make additional restitution payments.  Because this case involves an allegation that
12 Ms. Walker violated the terms of her probation in a post-conviction proceeding, the parties
13 further agree that Speedy Trial Act does not apply.

14

15 DATED: July 1, 2009                              /S/
                                                 DEBORAH DOUGLAS
16                                               Assistant United States Attorney

17
    DATED: July 1, 2009                              /S/
18                                               ANGELA M. HANSEN
                                                 Assistant Federal Public Defender
19

20 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
21 "conformed" signature (/S/) within this e-filed document.

22

23

24

25

26

Stip. Req. To Continue Probation Violation Status
Hearing Date, No. CR-04-40017 SBA                2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12A petition has been filed alleging that Ms. Walker has failed to make complete monthly restitution payments;

2. Given that the parties and Ms. Walker's probation officer agree that Ms. Walker should be given additional time to complete her payments;

3. Given that this is a post-conviction and that the Speedy Trial Act does not apply; and

4. Given that, by operation of law, Ms. Walker's probation term will not expire while the Form 12A petition is pending;

Based on these findings, IT IS HEREBY ORDERED that the status hearing date set for July 7, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated, and this matter is reset to September 15, 2009, at 9:00 a.m. for status.

DATED: 7/6/09

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge


# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12A petition has been filed alleging that Ms. Walker has failed to make complete monthly restitution payments;

2. Given that the parties and Ms. Walker's probation officer agree that Ms. Walker should be given additional time to complete her payments;

3. Given that this is a post-conviction and that the Speedy Trial Act does not apply; and

4. Given that, by operation of law, Ms. Walker's probation term will not expire while the Form 12A petition is pending;

Based on these findings, IT IS HEREBY ORDERED that the status hearing date set for July 7, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated, and this matter is reset to September 15, 2009, at 9:00 a.m. for status.

DATED: 7/6/09

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge